# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
)
                 Plaintiff, )
)      Case No. 02 C 6305
v. )
)      Judge St. Eve
UNITED PARCEL SERVICE, INC., )
)
               Defendant. )
)

## NOTICE OF AGREED MOTION

TO:    John Klages
          Quarles & Brady LLC
          500 W. Madison, #3700
          Chicago, IL 60661

     **Please take notice** that on Wednesday, September 3, 2003 at 9:00 a.m., I will present the attached Agreed Motion for Entry of Settlement Agreement before the Honorable Judge Amy St. Eve of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn, Court Room 1241, Chicago, Illinois, 60604.

                                        Ethan M. M. Cohen
                                        Trial Attorney

Ethan M. M. Cohen
A.R.D.C. No. 06206781
United States Equal Employment
      Opportunity Commission
500 W. Madison
Suite 2800
Chicago, IL 60661
(312) 353-7568

**DOCKETED**

SEP 0 3 2003

## CERTIFICATE OF SERVICE

Ethan M. M. Cohen, an attorney, hereby certifies that he caused a copy of the foregoing Agreed Motion for Entry of Settlement Agreement to be served by hand delivery, on August 21, 2003, to counsel of record at the following addresses and (where indicated) facsimile numbers:

To:     John Klages
        Quarles & Brady LLC
        500 W. Madison, #3700
        Chicago, IL 60661


cc:     Chuck Thomas
        423 E. 88th Street
        Chicago, IL 60619
        (by U.S. Mail)

Ethan M. M. Cohen

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | **Case No. 02 C 6305** |
| | ) | |
| v. | ) | **Judge St. Eve** |
| | ) | |
| UNITED PARCEL SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

AUG 23 2003

## AGREED MOTION FOR ENTRY OF SETTLEMENT AGREEMENT

The Equal Employment Opportunity Commission ("EEOC"), pursuant

to the agreement reached by the parties on July 18, 2003 during a settlement conference with

Magistrate Judge Keys moves this Honorable Court for entry of the attached Settlement Agreement

and its exhibits, including the Order of Dismissal included in the Settlement Agreement as Exhibit

C.

Respectfully submitted,

Ethan M. M. Cohen
Trial Attorney

Ethan M. M. Cohen
A.R.D.C. No. 06206781
United States Equal Employment
    Opportunity Commission
500 W. Madison
Suite 2800
Chicago, IL 60661
(312) 353-7568

**DOCKETED**

SEP 0 3 2003

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 02 C 6305 |
| v. | ) ) | Judge St. Eve |
| UNITED PARCEL SERVICE, INC., | ) ) | |
| Defendant. | ) ) ) ) | **DOCKETED** SEP 0 3 2003 |

FILED
AUG 2 8 2003

### SETTLEMENT AGREEMENT

The United States Equal Employment Opportunity Commission ("EEOC") and United Parcel Service, Inc. (which, together with and on behalf of all its current affiliates, related entities, parent corporations, subsidiaries, representatives, successors, assigns, employees, agents, officers, directors, and attorneys, shall hereinafter all be collectively referred to as "UPS") hereby agree as follows:

### Statement of Facts

1.      Chuck Thomas ("Thomas") was employed by UPS as a feeder driver;

2.      Since at least August 1998 Thomas has been insulin dependent diabetic and, pursuant to Department of Transportation regulations, no longer qualified to perform his feeder driver position;

3.      Accommodating Thomas would have imposed an undue hardship on UPS and, thus, there was no work available for Thomas at UPS;

4.      UPS terminated Thomas' employment on July 18, 2003 because it could not accommodate Thomas and there was no work available for him;

5.      On October 19, 1999, Thomas filed EEOC Charge No. 210A00227, which alleged

disability discrimination in violation of the Americans with Disabilities Act, 42 U.S.C. §12101 et

seq. ("ADA");

6.      On September 5, 2002 the EEOC filed EEOC v. UPS, Case Number 02 C 6305,

on behalf of Thomas in the United States District Court for the Northern District of Illinois

("lawsuit");

7.      UPS has denied any liability to Thomas or the EEOC and EEOC has denied the

validity of UPS's defenses to the lawsuit; and

8.      EEOC, UPS and Thomas have engaged in comprehensive settlement negotiations,

and as a result of having engaged in these negotiations, the parties have agreed that this action

should be finally resolved by entry of this Settlement Agreement (hereafter "Settlement"). This

Settlement fully and finally resolves any and all issues and claims arising out of the Complaint

filed by the EEOC in this action.

**Agreements of the Parties**

9.      Non-admission

Nothing contained in this Settlement shall be construed as an admission with respect to

any of the claims or defenses of the suit.

10.     Monetary Relief for Charging Party

UPS will pay Thomas the total sum of one hundred forty-nine thousand nine hundred

ninety-nine dollars ($149,999.00), in the following manner:  (i)  UPS will issue one check

payable to Thomas in the gross amount of seventy-four thousand nine hundred ninety-nine

dollars and fifty cents ($74,999.50), minus all applicable federal, state and local withholdings for

which UPS employees are typically liable; and (ii) UPS will issue a second check payable to

2

Thomas in the amount of seventy-four thousand nine hundred ninety-nine dollars and fifty cents ($74,999.50). The EEOC agrees that this latter amount covers non-wage compensation. UPS will issue to Thomas a Form W-2 for the gross amount of seventy-four thousand nine hundred ninety-nine dollars and fifty cents ($74,999.50) and a Form 1099 for the gross amount of seventy-four thousand nine hundred ninety-nine dollars and fifty cents ($74,999.50). The total settlement includes all attorneys fees and costs incurred and EEOC waives any claim for attorneys fees. These checks shall be made available to Thomas at the offices of UPS's counsel, John Klages within 15 days of receipt by Mr. Klages of a signed original of both this Settlement and the Release Agreement attached as Exhibit A. UPS may obtain written confirmation of receipt of the checks from Thomas.

11.     <u>Dismissal of Lawsuit</u>

EEOC agrees that the lawsuit it filed on behalf of Thomas will be dismissed with prejudice and without costs or attorneys' fees to either party. The parties agree that signed copies of the Stipulation to Voluntary Dismissal by Plaintiff attached as Exhibit B, the proposed dismissal Order (Exhibit C) and this Settlement shall all be filed at one time with the Court.

12.     <u>Unemployment Benefits</u>

UPS agrees that it will not contest any application by Thomas for unemployment benefits from the State of Illinois.

13.     <u>Reference</u>

UPS agrees to have the reference letter attached as Exhibit D signed by a Human Resources Manager from its Metro Chicago District and to provide the letter to Thomas.

14.     <u>Governing Law</u>

To the extent that state laws are applicable in construing and enforcing this Settlement

3

Agreement, it shall be construed and enforced pursuant to the laws of the State of Illinois as to substance and procedure, including all questions of conflicts of laws.

15.     Counterparts

This Settlement Agreement may be signed in single or separate counterparts, each of which shall constitute an original.

For the EQUAL EMPLOYMENT
    OPPORTUNITY COMMISSION
1801 L Street, N.W.
Washington, D.C. 20507

James Lee
Deputy General Counsel

Gwendolyn Young Reams
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION
500 West Madison Street
Suite 2800
Chicago, Illinois 60661
(312) 353-7569

_____
John C. Hendrickson
Regional Attorney

_____
Gregory M. Gochanour
Supervisory Trial Attorney

_____
Ethan M. M. Cohen
Trial Attorney

DATE: 8/21/03

For United Parcel Service:

_____
John Klages
Quarles & Brady LLC
500 W. Madison, #3700
Chicago, IL 60661

_____
Martha I. C. Escandon
District Human Resourses Manager
UPS
1400 S. Jefferson St.
Chicago, IL 60607

_____
Bill Stovall, Esq.
UPS
55 Glenlake Parkway, N.E.
Atlanta, GA 30328

DATE: 8/27/03

5

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
                                )
                    Plaintiff, )
                                )       Case No. 02 C 6305
v.                              )
                                )       Judge St. Eve
UNITED PARCEL SERVICE, INC.,    )
                                )
                    Defendant.  )
                                )
_____ )

## RELEASE AGREEMENT

I, Chuck Thomas, for and in consideration of the gross sum of one hundred forty-nine

thousand nine hundred ninety-nine dollars ($149,999.00), payable to me pursuant to the terms of

the Settlement Agreement between United Parcel Service ("UPS") and the United States Equal

Employment Opportunity Commission ("EEOC") in the above captioned case, on behalf of

myself, my heirs, assigns, executors, and agents, do hereby forever release, waive, remise, acquit,

and discharge UPS, and all past and present shareholders, officers, agents, employees, and

representatives of UPS, as well as all successors and assignees of UPS, from any and all claims

and causes of action of any kind which I now have or ever have had under Title I of the

Americans with Disabilities Act, 42 U.S.C. § 12101 et. seq., including all claims which were or

which could have been asserted in EEOC v. United Parcel Service, 02 C 6305 (N.D. Ill.), and

any and all claims for retaliation, termination and denial of accommodation based on any event

prior to and including the date of this release. I understand that the total settlement amount

includes all attorneys fees and costs I may have incurred.

Page 1 of 2

I further state that I have read and understand the Settlement Agreement between the EEOC and UPS and agree that the facts recited therein are true and accurate.

I further represent and agree that I have carefully read and fully understand all the provisions of this Release and am voluntarily and knowingly entering into the same.

_____                    _____
Date                                        Chuck Thomas

# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 02 C 6305 |
| v. | ) ) | Judge St. Eve |
| UNITED PARCEL SERVICE, INC., | ) ) | |
| Defendant. | ) ) ) ) | |

### STIPULATION AND VOLUNTARY DISMISSAL BY PLAINTIFF

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby

stipulate to the entry of the attached "Order of Dismissal" granting Plaintiff Equal Employment

Opportunity Commission a voluntary dismissal of its Complaint with prejudice and without the

assessment of costs or attorneys' fees against either party.

Dated: _8/22/03_

_____
Ethan M. M. Cohen
Equal Employment Opportunity Commission
500 West Madison Street, Suite 2800
Chicago, Illinois 60661
(312) 353-7568

Dated: _8-21-03_

_____
John Klages
Quarles & Brady LLC
500 W. Madison Street, Suite 3700
Chicago, IL 60661
(312) 715-5000

# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 02 C 6305** |
| **v.** | ) | |
| | ) | **Judge St. Eve** |
| **UNITED PARCEL SERVICE, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

## ORDER OF DISMISSAL

In accordance with the Settlement Agreement attached hereto and incorporated herein by reference, it is hereby ordered that this cause and the same is hereby dismissed with prejudice and without the assessment of costs or attorneys' fees against any party. All further dates are stricken.


Date:_____


ENTER:


_____
Honorable Amy J. St. Eve

# EXHIBIT D



**United Parcel Service**  1400 South Jefferson Street, Chicago, IL 60607
(800) 742-5877

August 1, 2003

To Whom It May Concern:

Chuck R. Thomas was employed by United Parcel Service, Inc. from February 1, 1982 to July 18, 2003. Mr. Thomas performed his duties in a satisfactory manner for UPS and his employment ended on July 18, 2003 due to a lack of available work for him. At the time of his termination, Mr. Thomas held the position of feeder driver (Tractor-trailer unit). If necessary, the date of Mr. Thomas' employment may be verified by calling United Parcel Service's Reference Service at (770) 419 – 4184.

Sincerely,

*Martha M. Escandón*

Martha I. C. Escandón
District Human Resources Manager
Metro Chicago District



Worldwide
Olympic Partner

36 USC 380