IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED PARCEL SERVICE, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 02 C 6305 <br> ) <br> ) Judge St. Eve <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION AND VOLUNTARY DISMISSAL BY PLAINTIFF

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the entry of the attached "Order of Dismissal" granting Plaintiff Equal Employment Opportunity Commission a voluntary dismissal of its Complaint with prejudice and without the assessment of costs or attorneys' fees against either party.

Dated: 8/22/03

Ethan M. M. Cohen
Equal Employment Opportunity Commission
500 West Madison Street, Suite 2800
Chicago, Illinois 60661
(312) 353-7568

Dated: 9-21-03

John Klages
Quarles & Brady LLC
500 W. Madison Street, Suite 3700
Chicago, IL 60661
(312) 715-5000